UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:22-cr-00033-OAW |
| | : | |
| vs. | : | |
| | : | |
| JOHN BERNARDO | : | APRIL 20, 2022 |

### MOTION TO CONTINUE TRIAL DATE TO JUNE 23, 2022

Defendant JOHN BERNARDO is charged in a criminal complaint with Wire Fraud under 18 U.S.C. Sec. 1343. Defendant was released on an Appearance Bond in the amount of $250,000.00 subject to various conditions of release. The Court set jury selection to commence April 21, 2022 before the Honorable Omar A. Williams. Since last appearing in Court, Mr. Bernardo has been compliant with the conditions of his bond and conditions of release. The parties agree that a continuance of jury selection and trial to June 23, 2022 is warranted as the government and defense counsel continue to engage in discussions to resolve Mr. Bernardo's criminal liability. Assistant U.S. Attorney Ray Miller has no objection to the granting of this motion. The defendant has executed a Speedy Trial Waiver and filed it contemporaneously with this motion.

WHEREFORE, the Defendant, JOHN BERNARDO, through his undersigned counsel, respectfully request that his motion to continue the trial be granted to a date on or after June 23, 2022.

THE DEFENDANT,
JOHN BERNARDO

BY /s/ E. Gregory Cerritelli
E. GREGORY CERRITELLI
Fed. Bar No. CT20784
2 Lincoln Street
New Haven, CT 06510
(203) 624-6115 (tel)
(203) 624 4791 (fax)

## CERTIFICATION

I hereby certify that on this 20th day of April, 2022, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court MC/ECF System.

/s/ E. Gregory Cerritelli
E. GREGORY CERRITELLI

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:22-cr-00033-OAW |
| vs. | : | |
| JOHN BERNARDO | : | APRIL 20, 2022 |

### WAVIER OF SPEEDY TRIAL

The defendant, John Bernardo hereby waives those rights afforded to him by The Speedy Trial Act of 1974; 18 U.S.C. §316(h)(8)(A) and by the Federal Rules of Criminal Procedure 32(a) in support thereof; the defendant states the following:

1. He is presently represented by retained counsel, E. Gregory Cerritelli, and has consulted with him concerning this waiver;

2. He understands that by signing this document he gives up those rights afforded to him by the Speedy Trial Act;

3. He respectfully requests that the Court extend the times previously set for jury selection and motion filing and that it is in his best interest to do so. He also requests that the court exclude the period of delay until April 21, 2022, to June 23, 2022.

_____
John Bernardo

RESPECTFULLY SUBMITTED,

/s/    E. Gregory Cerritelli
By:    E. GREGORY CERRITELLI
       FEDERAL BAR NO: ct20784
       2 LINCOLN STREET
       NEW HAVEN, CT 06510
       TEL NO: 203-624-6115

## CERTIFICATION

I hereby certify that on this 20th day of April, 2022, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court MC/ECF System.

/s/    E. Gregory Cerritelli
       E. GREGORY CERRITELLI