UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | 3:22-cr-00033-OAW |
| | : | |
| vs. | : | |
| | : | |
| JOHN BERNARDO | : | JUNE 6, 2022 |

## MOTION TO CONTINUE CHANGE OF PLEA HEARING

The defendant, John Bernardo through undersigned counsel respectfully moves for a continuance of approximately two weeks to conduct his change of plea hearing. A change of plea hearing is currently scheduled for tomorrow, June 7, 2022 at 2:00 p.m.

In support of this motion, undersigned counsel represents that he recently learned of a medical condition which the defendant is experiencing. Considering current circumstances, it is unlikely the defendant will be able to be physically present in court tomorrow.

        THE DEFENDANT,
        JOHN BERNARDO

        BY  /s/ E. Gregory Cerritelli
        E. GREGORY CERRITELLI
        Fed. Bar No. CT20784
        2 Lincoln Street
        New Haven, CT 06510
        (203) 624-6115 (tel)
        (203) 624 4791 (fax)

**CERTIFICATION**

      I hereby certify that on this 6th day of June, 2022, a copy of the foregoing Motion was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court MC/ECF System.

      /s/ E. Gregory Cerritelli
      E. GREGORY CERRITELLI